UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MONTRELL D. GREEN,

    Plaintiff,

v.                                                Case No. 3:23cv9879-MCR-HTC

RICKY DIXON,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 12, 2023 (ECF No. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.     The Magistrate Judge's Report and Recommendation, ECF Doc. 12, is adopted and incorporated by reference in this order.

    2.     This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's abuse of the judicial process.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of September 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**